UNITED STATES of America,
Plaintiff—Appellee,

v.

Curtis A. BEASLEY, Defendant—
Appellant.

No. 07–7441.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2008.

Decided: Feb. 26, 2008.

Curtis A. Beasley, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis A. Beasley appeals the district court's order denying his motion for a new trial based on newly discovered evidence under Fed.R.Crim.P. 33. We have reviewed the record and conclude that Beasley's motion was untimely filed. *See* Fed. R.Crim.P. 33(b)(1). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*